**COMMONWEALTH of Pennsylvania**

v.

**FLUORO-PLASTICS, INCORPORATED, Appellant.**

**No. 350.**

Supreme Court of Pennsylvania.

Argued May 22, 1978.
Decided Oct. 5, 1978.

C. George Milner, Philadelphia, for appellant.

Joseph F. Lynch, Robert P. Coyne, Deputy Attys. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The order of the Commonwealth Court, 28 Pa.Cmwlth. 520, 368 A.2d 1328, is vacated and the case remanded to that

court for consideration in light of *Commonwealth v. Moly-corp, Inc.,* 481 Pa. 208, 392 A.2d 321 (1978).

LARSEN, J., dissents and would reach the merits.